IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TED SMITH,

    Petitioner,

v.                                              CASE NO. 1:11-cv-265-MP-GRJ

WILLIAM S. BAXTER,
NFETC Administrator,
and FRANK E. SHEFFIELD,
Circuit Judge, Gadsden County,

    Respondents.

_____/

**O R D E R**

    Pending before the Court are: (1) Petitioner's Motion To Introduce Importance of Law, For "Constitutional Rights" (Doc. 6); (2) Petitioner's Motion To Introduce "State Remedies Exhausted" (Doc. 7); and (3) Petitioner's Motion To Introduce Petitioner's Witness List "Subpoenas" Prohibited to Speak At Hearing. (Doc. 8.) Petitioner's motions fail to request specific relief from the Court. Rather, the motions simply attempt to bring to the attention of the court matters that may have occurred during the course of state proceedings. To this extent that any of these matters are relevant to the Court's determination of Plaintiff's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the motions are granted to the extent the court will take note of these matters if necessary in ruling upon Petitioner's habeas corpus petition.

    Accordingly, it is hereby **ORDERED** that**:**

Petitioner's Motion To Introduce Importance of Law, For "Constitutional Rights" (Doc. 6); Petitioner's Motion To Introduce "State Remedies Exhausted" (Doc. 7); and Petitioner's Motion To Introduce Petitioner's Witness List "Subpoenas" Prohibited to Speak At Hearing (Doc. 8) are **GRANTED** to the limited extent that

the Court, if necessary, will consider the matters raised in the motions in ruling upon Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**DONE AND ORDERED** this 30th day of January 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge