IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TED SMITH,

    Petitioner,

v.                                  CASE NO. 1:11-cv-265-MP-GRJ

WILLIAM S. BAXTER,
NFETC Administrator,
and FRANK E. SHEFFIELD,
Circuit Judge, Gadsden County,

    Respondents.
_____/

## O R D E R

This matter is before the Court on Doc. 12, Respondents' Motion For Extension Of Time To Respond To Petition For Habeas Corpus. Respondents request an extension of time to respond to the habeas petition because the July 21, 2011 evidentiary hearing, placing the Petitioner in custody under an order of commitment, was never transcribed. The transcript is currently being prepared.

Accordingly, it is hereby **ORDERED:**

1. Respondents' Motion For Extension Of Time To Respond To Petition For Habeas Corpus (Doc. 12) is **GRANTED.**

2. Respondents shall file an answer or other pleading on or before **March 5, 2012.**

3. Petitioner shall have until **April 4, 2012**, to file a reply, if desired.

**DONE AND ORDERED** this 2nd day of February, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge