IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TED SMITH,

       Petitioner,

v.                                    CASE NO. 1:11-cv-265-MP-GRJ

WILLIAM S. BAXTER,
NFETC Administrator,
and FRANK E. SHEFFIELD,
Circuit Judge, Gadsden County,

       Respondents.

_____/

## O R D E R

       Pending before the Court is Petitioner's Motion To Introduce Florida Supreme Court and 1st District Court of Appeals Docket Sheets.  (Doc. 18.)  Petitioner seeks to introduce the docket sheets from his state court appeals.  Petitioner's motion fails to request specific relief from the Court. Rather, the motion simply attempts to bring to the attention of the Court matters that have occurred during the course of state proceedings. To this extent these matters are relevant to the Court's determination of Plaintiff's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the motion is granted to the extent the Court will take note of these matters if necessary in ruling upon Petitioner's habeas corpus petition.

       Accordingly, it is hereby **ORDERED** that**:**

       Petitioner's Motion To Introduce Florida Supreme Court and 1st District Court of Appeals Docket Sheets (Doc. 18) is **GRANTED** to the limited extent that the Court, if necessary, will consider the matters raised in the motion in ruling upon Petitioner's

petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**DONE AND ORDERED** this 26th day of June 2012.

*s / Gary R. Jones*
GARY R. JONES
United States Magistrate Judge